

15809 CHAGRIN BLVD
SHAKER HEIGHTS, OH 44120-3701

Rental Agreement #: 4TJFB5
Bill Ref #: 8500-3042-9416
Invoice Date: 03/20/2019
Account #:

### BILLING DETAIL

| Description | Qty/Per | Rate | Amount |
|---|---|---|---|
| TIME & DISTANCE | 2 DAY | 47.05 | 94.10 |
| TIME & DISTANCE | 5 WK | 235.00 | 1,175.00 |
| DW | 37 DAY | 18.99 | 702.63 |
| Subtotal | | | 1,971.73 |
| VLF REC | 37 DAY | 0.29 | 10.73 |
| SALES TAX | PCT | 8.00 | 158.60 |
| **Total Charges (USD)** | | | **2,141.06** |

### BILL TO
TIFFANY JONES
3957 PRINCETON BLVD
SOUTH EUCLID, OH - 44121

### RENTAL INFORMATION
Date/Time Out: 02/11/2019 12:54 PM
Date/Time In: 03/20/2019 08:59 AM

Renter: JONES, TIFFANY

### RENTAL VEHICLES
| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| GRAY | GMC4021 | RAV4 | 7QWQGY | 17,803 | 20,638 |

VIN: 2T3RFREV4JW779172

### CLAIM INFORMATION
Claim# / PO# / RO#    Insured

Date of Loss    Type of Loss    Type of Vehicle

Repair Shop

### PAYMENTS
| Payment | Visa | -293.27 |
|---|---|---|
| Payment | Visa | -353.18 |
| Payment | Visa | -298.00 |
| Payment | Visa | -228.40 |
| Payment | Visa | -242.46 |
| Payment | Visa | -327.82 |
| Payment | Visa | -399.45 |
| Payment | Visa | -148.38 |
| Refund | Visa | 150.00 |
| **Total Payments (USD)** | | **-2,141.0** |

**Amount Due (USD)** 0.00

For Billing Inquiries / Payment Terms
Tel#: 4403453999
NOHarAdmin@EHI.com
Payment Due within    days of invoice date
Late payments are subject to a finance charge.

---

**Thank You For Choosing Enterprise**

Please Return This Portion With Remittance    Amount Due (USD)    0.00

Remit To:
ENTERPRISE RENT-A-CAR
8249 MOHAWK DR
STRONGSVILLE, OH 44136-1795

Paid By:
TIFFANY JONES
3957 PRINCETON BLVD
SOUTH EUCLID, OH 44121

Fed Tax Id: 31-1330418    Account #    Rental Agreement: 4TJFB5    Amount: 0.00    GPBR: 3970